IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEATH CLAUSSEN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3072 |
| | ) | |
| v. | ) | |
| | ) | |
| PIERCE COUNTY SHERIFF'S OFFICE, | ) | ORDER |
| and RICK EBERHART, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendant's Motion For Leave to Take a Deposition (Filing No. 33). Defendant, Sheriff Rick Eberhart, seeks to depose plaintiff, Heath Claussen, who is a prisoner in the Nebraska State Penitentiary. Pursuant to Fed. R. Civ. P. 30(a)(2), the defendant's Motion for Leave to Take a Deposition is granted.

IT IS ORDERED:

Defendant Rick Eberhart's Motion For Leave to Take a Deposition (Filing No. 33) is granted.

DATED this 12th day of May, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge